IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV169

| KIMBERLY A. HOYLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FREIGHTLINER, LLC, | ) | |
| Defendant. | ) | |

    This matter is before the court upon its own motion. This matter was stayed by Order entered July 26, 2007 to allow the Plaintiff to reopen her bankruptcy case and exempt her claims herein in order to retain standing to sue. It appears to the court that the Plaintiff has obtained an order from the bankruptcy court allowing her bankruptcy case to be reopened for the limited purpose of amending the Schedule B to reflect that the claims herein occurred pre-petition. It therefore appears that Plaintiff has standing to pursue the claims in this case. Accordingly,

    IT IS THEREFORE ORDERED that the stay in this case is hereby lifted, the Defendant is directed to file an Answer forthwith, and the parties are thereafter directed to conduct an Initial Attorneys' Conference.

Signed: January 7, 2008

Graham C. Mullen
United States District Judge