IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV169

| KIMBERLY A. HOYLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FREIGHTLINER, LLC, | ) | |
| Defendant. | ) | |

    This matter is before the court upon a Motion for Substitution of Parties, filed by A. Burton Shuford, the Chapter 7 Trustee of the estate of Mark Alan Hoyle and Kimberly Ann Hoyle. Although the motion is styled as a Motion for Substitution of Parties, it is apparent from the body of the motion that Mr. Shuford seeks to be joined in this matter, as pursuant to 11 U.S.C. §541, Plaintiff's claims against the Defendant herein are assets of the bankruptcy estate. Accordingly,

    IT IS THEREFORE ORDERED that this motion is hereby GRANTED, and A. Burton Shuford is hereby joined as a Plaintiff in this action.

Signed: April 28, 2008

Graham C. Mullen
United States District Judge