IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-169-GCM

| | |
|---|---|
| MS. KIMBERLY HOYLE, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| FREIGHTLINER, LLC, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on its own motion. A review of the record indicates that a Certification and Initial Attorneys Conference Report has not yet been filed.

IT IS THEREFORE ORDERED that parties shall file such certification forthwith.

SO ORDERED.

Signed: August 25, 2008

Graham C. Mullen
United States District Judge