# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kimberly A. Hoyle and
A. Burton Shuford,
Chapter 7 Trustee of the
Bankruptcy Estate of Mark Alan Hoyle,

      Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:07-cv-169-MU

Freightliner, LLC,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment is hereby entered in accordance with the Court's August 7, 2009 Order.

                                            Signed: August 7, 2009

                                            Frank G. Johns, Clerk
                                            United States District Court