# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07-CV-169-GCM

| | |
|---|---|
| KIMBERLY HOYLE and ) | |
| A. BURTON SHUFORD, ) | |
|        Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| FREIGHTLINTER, LLC, ) | |
|        Defendant, ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **Tuesday, May 24, 2011, at 10:00 a.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: May 3, 2011

Graham C. Mullen
United States District Judge