IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-169-GCM

| | | |
|---|---|---|
| KIMBERLY HOYLE and<br>A. BURTON SHUFORD,<br><br>   Plaintiff,<br>v.<br><br>FREIGHTLINER, LLC,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **December 5, 2011.**

  **IT IS SO ORDERED.**

         Signed: May 24, 2011

         Graham C. Mullen
         United States District Judge